[No. 24188-2-III. Division Three. February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART ROSS SCHIELL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-01656-3, Michael E. Schwab, J., entered May 20, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24559-4-III. Division Three. February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. LYLE L. HUTCHINS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00186-8, Cameron Mitchell, J., entered September 15, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24679-5-III. Division Three. February 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD MICHAEL BROUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00105-5, Neal Q. Rielly, J., entered October 31, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.

[No. 25068-7-III. Division Three. February 27, 2007.]

CITIZENS FOR RESPONSIBLE DEVELOPMENT OF SPOKANE, *Appellant*, v. SPOKANE COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-2-03314-7, Salvatore F. Cozza, J., entered March 2, 2006. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Brown and Kulik, JJ.